# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TAVORIS L. JOHNSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV416-036 |
| ROY HARRIS, et al., | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Tavoris Johnson has failed to comply with the May 18, 2016 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). *See* L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this  13th  day of June, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA