FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUL 22 AM 11:52
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAVORIS L. JOHNSON; | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV416-036 |
| ROY HARRIS, et al.; | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA